UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HANNA THUO,

    Plaintiff,

v.                                      Case No: 8:20-cv-1278-CEH-SPF

HEALTH PLAN INTERMEDIARIES
HOLDINGS, LLC,

    Defendant.
_____/

**ORDER**

Before the Court is the Plaintiff's Notice of Dismissal With Prejudice (Doc. 28). In accord with the Notice of Dismissal With Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)    Plaintiff's Notice of Dismissal With Prejudice is **APPROVED** (Doc. 28).

    2)    Plaintiff's claims against Defendant are dismissed, with prejudice.

    3)    The claims of any unnamed member of the alleged class are dismissed, without prejudice.

    4)    The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on May 12, 2021.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record